June 8, 1896, affirming a judgment in favor of defendants entered upon a dismissal of the complaint by the court on trial at Special Term.

*Louis Marshall* for appellants.

*William McCauley, Jr.,* and *Alonzo Wheeler* for respondents.

Judgment affirmed, with costs; no opinion.

Concur: PARKER, Ch. J., GRAY, O'BRIEN, HAIGHT, LANDON and WERNER, JJ. Not sitting: CULLEN, J.

---

HUGO CAHN et al., Respondents, *v.* THEODORE STOVER, Appellant, Impleaded with Others.

*Cahn* v. *Stover,* 25 App. Div. 630, affirmed.
(Submitted April 4, 1900; decided April 24, 1900.)

APPEAL from a judgment and order of the Appellate Division of the Supreme Court in the fourth judicial department, entered February 14, 1898, affirming a judgment in favor of plaintiffs entered upon a verdict, and an order denying a motion for a new trial.

*John A. Van Arsdale* for appellant.

*George Clinton* for respondents.

Judgment and order affirmed, with costs; no opinion.

Concur: PARKER, Ch. J., GRAY, O'BRIEN, HAIGHT, LANDON, CULLEN and WERNER, JJ.

---

CORNELIA T. TERRY, Respondent, *v.* KATHARINE T. MOORE, Appellant, Impleaded with Another.

*Terry* v. *Moore,* 25 App. Div. 625, affirmed.
(Argued April 4, 1900; decided April 24, 1900.)

APPEAL from a judgment of the Appellate Division of the Supreme Court in the first judicial department, entered Janu-

ary 27, 1898, affirming a judgment in favor of plaintiff entered upon a decision of the court on trial at Special Term.

*Charles Edward Souther* for appellant.

*Flamen B. Candler* for respondent.

Judgment affirmed, with costs ; no opinion.
Concur : PARKER, Ch. J., GRAY, O'BRIEN, HAIGHT, LANDON, CULLEN and WERNER, JJ.

---

ANN McCARRAN, Appellant, *v.* HENRY G. COOPER, Respondent, Impleaded with Others.

*McCarran* v. *Cooper*, 16 App. Div. 311, affirmed.
(Submitted April 5, 1900; decided April 24, 1900.)

APPEAL from a judgment and order of the Appellate Division of the Supreme Court in the first judicial department, entered, respectively, April 29 and April 19, 1897, affirming a judgment of Special Term sustaining a demurrer to the complaint.

*William T. Schley* and *J. Brownson Ker* for appellant.

*James C. De La Mare* for respondent.

Judgment and order affirmed, with costs, on opinion below.
Concur : GRAY, O'BRIEN, HAIGHT, LANDON, CULLEN and WERNER, JJ. Not sitting : PARKER, Ch. J.

---

THE PEOPLE OF THE STATE OF NEW YORK ex rel. COLONIAL TRUST COMPANY, Appellant, *v.* WILLIAM J. MORGAN, as Comptroller of the State of New York, Respondent.

*People ex rel. Colonial Trust Co.* v. *Morgan,* 47 App. Div. 126, affirmed.
(Argued April 16, 1900; decided April 24, 1900.)

APPEAL from an order of the Appellate Division of the Supreme Court in the third judicial department, entered January 23, 1900, confirming the determination of the